# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| CECILIA STEPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:23-cv-01298 – MMM-JEH |
| | ) |
| APOSTOLIC CHRISTIAN RESTMOR, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Monday, August 12, 2024 at 1:00 p.m., via Webex**, the defendant, APOSTOLIC CHRISTIAN RESTMOR, INC., will take the deposition of the Plaintiff, **CECILIA STEPP,** pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; that said deposition will be taken on oral interrogatories before a Notary Public and Certified Shorthand Reporter, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear if you see fit so to do.

    Respectfully submitted,

    APOSTOLIC CHRISTIAN RESTMOR, INC.,
    Defendant

BY: _____/s/ Jessica A. Pullen_____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Brian M. Smith, ARDC #6293822
Ann R. Pieper, ARDC#6297421
Jessica A. Pullen, ARDC# 6342509

Brian M. Smith
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
301 North Neil Street, Suite 505
Champaign, IL 61820
Telephone 217.344.0060
Facsimile 309.420.0402
Email: bsmith@heylroyster.com
*and*
Ann R. Pieper
Jessica A. Pullen
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199
Telephone 309.676.0400
Facsimile 309.420.0402
Email: apieper@heylroyster.com
    jpullen@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on August 7, 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Alexander J. Taylor, Esq.
Mohammed O. Badwan, Esq.
Chad Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Email: ataylor@sulaimanlaw.com; mbadwan@sulaimanlaw.com; ceisenback@sulaimanlaw.com

I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant:  None.

 /s/ Jessica A. Pullen
Heyl, Royster, Voelker & Allen